RECEIVED
DEC 07 2021
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:21-cr-126 |
| v. | INDICTMENT |
| SARAH JEAN MOSES, | T. 21 U.S.C. § 843(a)(3) |
| | T. 21 U.S.C. § 846 |
| Defendant. | T. 42 U.S.C. § 1320d-6(a)(3) |
| | T. 42 U.S.C. § 1320d-6(b)(2), (b)(3) |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Wrongfully obtaining individually identifiable health information)**

On or about October 25, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials FL, EC, BF, JG, ES, and SD, such IIHI being maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

1

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Wrongfully obtaining individually identifiable health information)**

On or about October 26, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials FL, KK, EC, MV, BF, BV, ES, DB, JH, SD, TT, another and different DB, and LO, such IIHI being maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Wrongfully obtaining individually identifiable health information)**

On or about November 2, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials LO, TM, NB, and LW, such IIHI being maintained by a covered entity, as defined in the

HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

<u>**COUNT 4**</u>
**(Wrongfully obtaining individually identifiable health information)**

On or about November 8, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials AB, TP, FN, FB, DC, JS, BT, LB, OR, and JG, such IIHI being maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5
**(Wrongfully obtaining individually identifiable health information)**

On or about November 9, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials PS, AD, GO, JK, TP, DC, BD, LB, OR, JG, another and different DC, and JE, such IIHI being maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 6
**(Wrongfully obtaining individually identifiable health information)**

On or about November 10, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials MH, DC, BD, OR, another and different DC, LB, DG, CJ, DB, RS, and SF, such IIHI being

maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 7
**(Wrongfully obtaining individually identifiable health information)**

On or about November 13, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials MH, GO, DL, PT, DB, KH, DF, HZ, BC, NH, NB, RS, MN, and RM, such IIHI being maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8
**(Wrongfully obtaining individually identifiable health information)**

On or about November 15, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials MH, KH, LH, CR, SF, LS, KP, ES, RB, FM, JK, and RD, such IIHI being maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9
**(Wrongfully obtaining individually identifiable health information)**

On or about November 16, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials MH, LH, SF, LS, RB, FM, GP, JL, and ES, such IIHI being maintained by a covered entity, as

defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital I) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 10

**(Acquiring and Attempting to Acquire a Controlled Substance by Misrepresentation, Fraud, Deception, or Subterfuge)**

On or about November 20, 2018, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, did knowingly and intentionally acquire, obtain, and attempt to acquire and obtain hydromorphone, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge.

This was in violation of Title 21, United States Code, Sections 843(a)(3) and 846.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 11
**(Wrongfully obtaining individually identifiable health information)**

On or about March 13, 2019, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, knowingly obtained, without authorization, individually identifiable health information (IIHI) relating to patients with the initials DS, LH, JS, GN, CO, DP, ML, KK, KB, RS, DG, JR, KD, AH, JB, JP, and another and different DS, such IIHI being maintained by a covered entity, as defined in the HIPAA privacy regulation described in section 1320d–9(b)(3), that is, a hospital in Iowa City, Iowa (Hospital II) and did so with intent to use the individually identifiable health information for the personal gain of SARAH JEAN MOSES and under false pretenses.

This was in violation of Title 42, United States Code, Section 1320d-6(a)(3), (b)(2) and (b)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 12
**(Acquiring and Attempting to Acquire a Controlled Substance by Misrepresentation, Fraud, Deception, or Subterfuge)**

On or about March 13, 2019, in the Southern District of Iowa, defendant SARAH JEAN MOSES, who was at that time, and at all relevant times, a registered nurse in the State of Iowa, did knowingly and intentionally acquire, obtain, and

attempt to acquire and obtain morphine, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge.

This was in violation of Title 21, United States Code, Sections 843(a)(3) and 846.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Clifford R. Cronk III
Assistant United States Attorney